AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jesus Rocha-Gonzalez

**CRIMINAL COMPLAINT**

Case Number: M-19- 906 -M

IAE  YOB: 1961
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 21, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Alton, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jesus Rocha-Gonzalez was encountered by Border Patrol Agents near Alton, Texas on April 21, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 1, 2017, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 21, 2016, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 19, 2015, the Defendant was convicted of Unlawful Restraint:Expose to Serious Bodily Injury and was sentenced to two (2) years confinement.

Approved AUSA L. Garcia

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

April 22, 2019 — 4:43 pm

Julio C. Pena    Senior Patrol Agent

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer